CHARLES CLARK, APPELLANT, v. ANDREW F. McBRIDE, COMMISSIONER OF LABOR, RESPONDENT.

Submitted November 7, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose opinion is reported in 2 *N. J. Mis. R.* 814.

For the appellant, *Lum, Tamblyn & Colyer.*

For the respondent, *Edward L. Katzenbach,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ. 12.

*For reversal*—None.